# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

[RECEIVED stamp]

| | |
|---|---|
| MWS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:12-cv-354-WKW |
| ) | |
| KNIGHT TECHNICAL SERVICES, INC., ) | |
| and TERRY WAYNE KNIGHT, ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| TERRY WAYNE KNIGHT, ) | |
| ) | |
| Counterclaim/Third Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PARNELL & CRUM, P.A., ) | |
| ) | |
| Third Party Defendant. ) | |

## NOTICE OF REMOVAL

COME NOW the Defendants, Knight Technical Services, Inc. and Terry Wayne Knight, together with the Counterclaim/Third Party Plaintiff, Terry Wayne Knight ("Knight"), and pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby file this Notice of Removal, for the removal of action entitled *MWS, Inc. v. Knight Technical Services, et al.*, in the Circuit Court of Tallapoosa County, Alabama, Dadeville Division, Civil Action No. CV–2010–900041 (the "State Action") from the Circuit Court of Tallapoosa County, Alabama, Dadeville Division, to the United States District Court for the Middle District of Alabama, Eastern Division. As grounds for removal, Knight states as follows:

1. Plaintiff, MWS, Inc. ("MWS") commenced the State Action on June 6, 2010. In its Complaint, MWS stated claims for fraudulent misrepresentation, fraudulent suppression, tortious interference with business and/or contractual relations, and violation of the Alabama Trade Secrets Act. MWS supplemented its Complaint in the State Action on January 3, 2011.

2. Knight has filed simultaneously herewith a Counterclaim and Third Party Complaint, alleging a claim against MWS and its attorneys, Parnell & Crum, P.A. ("P&C") for violation of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq.*

3. Accordingly, pursuant to 28 U.S.C § 1446(b)(3), Knight is timely filing this Notice of Removal. This Notice is being filed within 30 days of the filing of his Counterclaim/Third Party Complaint, as said claim is the first pleading from which it may first be ascertained that the case is one which has become removable.

4. Because Knight has alleged that MWS and P&C have alleged a claim for violation of a federal statute (*i.e.*, the FCRA), this action now arises under federal law, which makes the action removable under 28 U.S.C. § 1441(c). *See generally Jairath v. Dyer*, 154 F.3d 1280, 1282 (11th Cir. 1998) (holding that a case "arises under" federal law as required for federal question jurisdiction, if federal law creates the cause of action). *See, e.g., Parker v. Parker*, 124 F. Supp. 2d 1216, 1218 (M.D. Ala. 2000) (noting that jurisdiction is proper under 28 U.S.C. § 1331 when a claim has been made pursuant to the FCRA.)

5. This Court has supplemental jurisdiction over MWS' state law claims alleged in the State Action pursuant to 28 U.S.C. § 1367, as those claims form part of the same case or controversy. *Jairath*, 154 F.3d at 1282; *see also Hudson v. Delta Air Lines, Inc.*, 90 F.3d 451, 455 (11th Cir. 1996) ("In deciding whether a state law claim is part of the same case or

controversy as a federal issue, we look to whether the claims arise from the same facts, or involve similar occurrences, witnesses, or evidence.")

6. As noted above, the State Action is pending in the Circuit Court of Tallapoosa County, Alabama. The Eastern Division of the United States District Court for the Middle District of Alabama encompasses Tallapoosa County, Alabama.

7. Pursuant to 28 U.S.C. 1446(a), Knight includes with this Notice a completed civil cover sheet. Knight also attaches a copy of all process, pleadings, records and order for the State Action. (Ex. A.)

8. All Defendants in the State Action—Knight and KTS—have consented to this removal.

9. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being contemporaneously served on MWS and promptly filed with the Clerk of the Circuit Court of Tallapoosa County, Alabama, Dadeville Division. Knight has also attached to his Counterclaim/Third Party Complaint a summons directed to P&C and has requested service of process on P&C via certified mail.

10. No admission of fact, law, or liability is intended by this Notice of Removal as to the claims alleged against Knight in the State Action, and all defenses, motions, and pleas are expressly reserved.

WHEREFORE, Knight is entitled to have the State Action removed from the Circuit Court of Tallapoosa County, Alabama, Dadeville Division, to the United States District Court for the Middle District of Alabama, Eastern Division, which district and division embraces the place where the State Action is currently pending.

Respectfully submitted this the 16th day of April 2012.

                                    WHITTELSEY, WHITTELSEY & POOLE, P.C.

BY: ROBERT G. POOLE (POO014)
     JONATHAN K. CORLEY (COR049)
     Post Office Box 106
     Opelika, Alabama 36803–0106
     Tel.:  (334) 745–7766
     Fax:  (334) 745–7666
     E-mail: bpoole@wwp-law.com
              jcorley@wwp-law.com

## CERTIFICATE OF SERVICE

     I hereby certify that on this the 16th day of April 2012, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following counsel of record via e-mail:

J. Matthew Parnell
Jason B. Patrick
PARNELL & CRUM, P.A.
Post Office Box 2189
Montgomery, Alabama 36102-2189

                                    JONATHAN K. CORLEY